UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

JEFFREY L. MILLER,  :
    Petitioner  :
  : CIVIL NO. 3:09-cv-584
v.  :
  : (JUDGE NEALON)
R. SHANNON, et al.,  :
    Respondents  :

## ORDER

**AND NOW, THIS 12TH DAY OF SEPTEMBER, 2012**, for the reasons set forth in the accompanying Memorandum of this date, **IT IS HEREBY ORDERED THAT**:

1. The Motion for Reconsideration (Doc. 36) is **DENIED**.

2. The Clerk of Court shall **CLOSE** this case.

_____
**United States District Judge**