UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY L. MILLER,<br>　　　　Petitioner | :<br>:<br>:    CIVIL NO. 3:09-cv-584 |
| v. | :<br>:    (JUDGE NEALON) |
| R. SHANNON, et al.,<br>　　　　Respondents | :<br>: |

## ORDER

**AND NOW, THIS 12TH DAY OF SEPTEMBER, 2012**, for the reasons set forth in the accompanying Memorandum of this date, **IT IS HEREBY ORDERED THAT**:

1. The Motion for Reconsideration (Doc. 36) is **DENIED**.

2. The Clerk of Court shall **CLOSE** this case.

　　　　　　　　　　　　　　　　　　　　　/s/ William J. Nealon
　　　　　　　　　　　　　　　　　　　　**United States District Judge**